IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00276-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES MURRAY WILLINGHAM JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release based on the COVID-19 pandemic under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, (Doc. No. 234).

Section 603(b) of the First Step Act amended § 3582(c)(1)(A), allowing a court to entertain a motion filed by a defendant: (1) after full exhaustion of all administrative rights to appeal a failure of the Bureau of Prisons (BOP) to bring a motion on the inmate's behalf; or (2) after the lapse of 30 days from the receipt of such a request by the warden of the facility, whichever is earlier. Here, the defendant was released from custody prior to the resolution of his motion. https://www.bop.gov/inmateloc.

**IT IS, THEREFORE, ORDERED** that the defendant's motion for compassionate release, (Doc. No. 234), is **DISMISSED as moot**.

Robert J. Conrad, Jr.
United States District Judge